JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED AFRICAN-ASIAN ABILITIES CLUB, ON BEHALF OF ITSELF AND ITS MEMBERS; ANNA MARIE WIGGINS, An Individual, ON BEHALF OF ROBERT AARON MCKISSICK,**<br><br>**Plaintiffs**<br><br>v.<br><br>**SOUTH COAST FOUNTAINS LLC; and DOES 1 THROUGH 10, Inclusive**<br><br>**Defendants** | **Case No.: 8:18-cv-01471 JLS (KESx)**<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)]<br><br>**Hon. Josephine L. Staton**<br>Date: NA<br>Time: NA<br>Ctrm: 10A<br>Santa Ana Courthouse |

IT IS HEREBY ORDERED, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and the Joint Stipulation For Dismissal With Prejudice on file herein, the Court DISMISSES the Complaint with prejudice.

Each party shall bear their own respective attorney fees and costs.

**IT IS SO ORDERED.**

Dated: October 22, 2018

_____
Honorable Josephine L. Staton
United States District Judge